I concur with the holding that Thompson is entitled to stack.
Although I dissented in Powell v. Blue Cross Blue Shield ofAlabama, 581 So.2d 772 (Ala. 1990), I agreed with footnote 8 of the plurality opinion in Powell; and I agree that American States is entitled to the funds in the escrow account to the extent of its reimbursement claim, pursuant to Ala. Code 1975, §25-5-11(a). However, I am not certain that I agree with Justice Jones's special concurrence in Powell involving indemnity under § 25-5-11(a) and loss of consortium claims. It appears from the record that Ms. Thompson's claim for loss of consortium would be for noneconomic loss; therefore, American States would be entitled to the $64,000 (or to the funds to the extent of its reimbursement claim if that claim is less than $64,000). It is not necessary in this *Page 1357 
case to decide whether a spouse's derivative claim for economic loss would take priority over the insurer's reimbursement claim under § 25-5-11(a).